**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Vastie Shakira Coleman v. The State of Texas

Appellate case number:   01-16-00252-CR

Trial court case number:  1354369

Trial court:                     178th District Court of Harris County

On July 21, 2017, appellant filed a motion for access to the record and an extension of time to file her pro se response to appointed counsel's *Anders* brief. We dismiss appellant's motion as moot because, prior to appellant's motion, this court issued an order on June 13, 2017 striking appointed counsel's *Anders* brief and abating for the trial court to appoint new appellate counsel to present any grounds that might support the appeal.

It is so ORDERED.

Judge's signature: /s/ Sherry Radack
                              Acting individually

Date:  July 27, 2017